MARGARET TOSCHLAGE et al., Appellants, v. MARGHERITA BENVENUTO et al., Defendants, and HOME OWNERS' LOAN CORPORATION, Respondent.— In this action by plaintiffs, who are husband and wife, to recover damages for personal injuries sustained by plaintiff wife and for medical expenses incurred and loss of services sustained by plaintiff husband, plaintiffs claim that their injuries and damage resulted from the accumulation of ice on a public highway, resulting from the drainage of surface water and melting snow from a private driveway, and appeal from an order dismissing their complaint as against the respondent, who is entitled to an easement over the driveway. The complaint was dismissed on the ground that it did not state facts sufficient to establish any duty on the part of the respondent to remedy the alleged defective condition of the driveway. Order affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.

## (April 22, 1946.)

JOHN T. LOEW, on Behalf of Himself and All Other Stockholders of Interlake Iron Corporation and of Perry Furnace Company, Respondent, v. INTERLAKE IRON CORPORATION et al., Appellants, et al., Defendants.— Motion for reargument denied, with $10 costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See ante, p. 858.]

MURIEL MEYERS et al., on Behalf of Themselves and All Other Stockholders of CURTISS-WRIGHT CORPORATION, Similarly Situated, Appellants, v. J. CHEEVER COWDIN et al., Respondents, et al., Defendants.— Motions for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Johnston, Adel and Aldrich, JJ.; Nolan, J., not voting. [See ante, p. 827.]

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JACK MORGAN, Defendant. In the Matter of JACK MORGAN, Appellant, against THOMAS DOWNS, County Judge of Queens County, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See ante, p. 859.]

GEORGE R. SCHIVERA, Respondent, v. LONG ISLAND LIGHTING COMPANY, Defendant, and ROBERT FORRESTER, as Treasurer of Building and Construction Trades Council of Nassau and Suffolk Counties, an Unincorporated Association, Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term properly made? Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See ante, p. 852.]